**Linda L. SIMS, Appellant,**

v.

**Dave FLETCHER, Individually and in Official Capacity as an Employee of the Arkansas Department of Veteran Affairs; Doyle Batey, Individually and in Official Capacity as an Employee of the Arkansas Department of Veteran Affairs, Appellees.**

No. 11–2925.

United States Court of Appeals, Eighth Circuit.

Submitted: March 19, 2012.

Filed: March 22, 2012.

Luther Oneal Sutter, Harrill & Sutter, Benton, AR, for Appellant.

Patricia Van Ausdall Bell, Assistant Attorney General, Ali Brady, Assistant Attorney General, Attorney General's Office, Little Rock, AR, for Appellees.

Before MURPHY, ARNOLD, and SHEPHERD, Circuit Judges.

PER CURIAM.

Linda Sims appeals the district court's[1] adverse grant of summary judgment in her action claiming that her rights under the Family and Medical Leave Act were violated, and that she was subjected to unlawful discrimination based on her gender. Following careful de novo review, *see Kincaid v. City of Omaha,* 378 F.3d 799, 803 (8th Cir.2004), we conclude that summary judgment was properly granted, for the reasons stated by the district court.

Accordingly, we affirm the judgment. *See* 8th Cir. R. 47B.

1. The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas.